UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENUS INVESTMENTS, INC.,

       Plaintiff,                              Case Number 19-10808

v.                                                      Honorable David M. Lawson

WEXLER INSURANCE AGENCY, INC.
and GARY WASSSERMAN,

       Defendants.

_____/

## ORDER OF DISMISSAL

On November 20, 2019, the assigned mediator reported to the Court that during a recent facilitative mediation session the parties reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before December 20, 2019**.

                                                                  s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Date:  November 20, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on November 20, 2019.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI